# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Deborah and Edward Gelin )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>)<br>Baltimore County, Maryland et al. )<br>)<br>Defendants ) | Civil Action No.: GLR 16-3694 |

## ENTRY OF APPEARANCE

Please enter the appearance of Jordan V. Watts, Jr., and Bambi Glenn, Assistant County Attorneys on behalf of the Defendants, Baltimore County, Maryland, Sheriff R. Jay Fisher, Michael Salisbury, Michelle Rawlings, Nicholas Quisgard, Myesha White, Lux Joseph, Gregory Lightner and Carl Luckett.

Respectfully Submitted,

MICHAEL E. FIELD
County Attorney

**Electronically filed on December 16, 2016**

_____/s/_____
JORDAN V. WATTS, JR.
Assistant County Attorney
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420 Office
(410) 296-0931 Facsimile
jwatts@baltimorecountymd.gov

/s/
BAMBI GLENN
Bar No.: 29990
Assistant County Attorney
Old Courthouse, 2nd Floor
Towson, Maryland 21204
410-887-4420 (Office)
410-296-0931 (Facsimile)
bglenn@baltimorecountymd.gov

*Co-counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December 2016, a copy of the Entry of Appearance was electronically filed with the Court.

//s//
Jordan V. Watts, Jr.