# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Deborah and Edward Gelin ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No.: GLR 16-3694 |
| ) | |
| ) | |
| Baltimore County, Maryland et al. ) | |
| ) | |
| Defendants ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Baltimore County, Maryland, Sheriff R. Jay Fisher, Michael Salisbury, Michelle Rawlings, Nicholas Quisgard, Myesha White, Lux Joseph, Gregory Lightner and Carl Luckett by and through their undersigned counsel, respectfully request an enlargement of time until January 20, 2017, to file a response to the Complaint filed by Deborah and Edward Gelin.

Defendants, Baltimore County, Maryland, Sheriff R. Jay Fisher, Michael Salisbury, Michelle Rawlings, Lux Joseph, and Carl Luckett were served on December 1, 2016. Defendant Nicholas Quisgard is no longer employed at the Baltimore County Department of Corrections (BCDC) and has not been served. Mr. Quisgard is now employed as a Baltimore County Police Officer. Defendant Gregory Lightner retired in April of 2014 and is no longer employed at BCDC. Defendant Myesha White is no longer employed at BCDC and now resides in the U.S. Virgin Islands. Ms. White has not been served. Counsel for the defendants, on December 13, 2016, received permission to accept service from each of the

1

unserved Defendants.

Due to other professional commitments and the need to conduct a factual and legal inquiry into the circumstances of this case, counsel cannot file a timely response in accordance with Rule 12(a). In addition, Gregory Lightner and Myesha White are no longer employees of Baltimore County. Myesha White resides in the U.S. Virgin Islands and counsel can only communicate with her by email and cell phone. This Motion is not filed for the purpose of delay, but is requested so that the Defendants may fully respond to the complaint.

The Defendants' counsel has conferred with Plaintiff's counsel regarding this motion and Plaintiff's counsel does not object to the Motion for Enlargement of Time.

WHEREFORE, the Defendants request that the Motion for Enlargement of Time be granted, and that the time for the Defendants to file a response to the Complaint be enlarged to January 20, 2017.

                                          Respectfully Submitted,

                                          MICHAEL E. FIELD
                                          County Attorney

**Electronically filed on December 16, 2016**

                                                          /s/
                                       JORDAN V. WATTS, JR.
Assistant County Attorney
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420 Office
(410) 296-0931 Facsimile
jwatts@baltimorecountymd.gov


                                                          /s/
BAMBI GLENN
Bar No.: 29990
Assistant County Attorney
Old Courthouse, 2nd Floor
Towson, Maryland 21204
410-887-4420 (Office)
410-296-0931 (Facsimile)
bglenn@baltimorecountymd.gov

*Co-counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December 2016, a copy of the Motion for Enlargement of Time was electronically filed with the Court.


                                  //s//
                           Jordan V. Watts, Jr.