FILED: February 7, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1141
(1:16-cv-03694-ADC)

_____

EDWARD GELIN; DEBORAH GELIN, as personal representative of the Estate of Ashleigh Gelin, and for themselves

   Plaintiffs - Appellants

v.

BALTIMORE COUNTY, MARYLAND; MICHAEL SALISBURY, II, individually and in his official capacity; MICHELLE RAWLINS, individually and in her official capacity; NICHOLAS QUISGUARD, individually and in his official capacity; MYESHA WHITE, individually and in her official capacity; JOSEPH LUX, individually and his official capacity; GREGORY LIGHTNER, individually and in his official capacity; CARL LUCKETT, individually and in his official capacity; DEBORAH J. RICHARDSON, Director of Baltimore County Detention Center, individually and as an agent/employee of Baltimore County, Maryland; JOHN AND JANE DOES, 1-8

   Defendants - Appellees

 and

JAY R. FISHER, Sheriff of Baltimore County, individually and in his representative capacity; KYLE SHUMAN, individually and as an agent/employee of Baltimore County, Maryland; ROSELOR SAINT FLEUR, individually and as an agent/employee of Baltimore County, Maryland; VICTORIA TITUS, individually and as an agent/employee of Baltimore County, Maryland; JENNIFER SEVIER; DIANE BAHR, individually and as an agent/employee of Baltimore County, Maryland; JOHN DOE 1-10; CORRECT CARE SOLUTIONS, LLC

Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:16-cv-03694-ADC |
| Date notice of appeal filed in originating court: | 02/05/2020 |
| Appellant(s) | Edward Gelin, Deborah Gelin |
| Appellate Case Number | 20-1141 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |