IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEBORAH AND EDWARD GELIN,** | * | |
| **Plaintiffs,** | * | |
| v. | * | Civil Action No. 1:16-cv-03694-ADC |
| **BALTIMORE COUNTY, MARYLAND,** *et al.*, | * | |
| | * | |
| **Defendants.** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Plaintiffs' Renewed Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), any response thereto, and any hearing thereon, it is this 6th of April, 2021, by the United States District Court for the District of Maryland, ordered:

(1) That the Plaintiffs' Renewed Motion for Entry of Final Judgment be, and the same hereby is, granted;

(2) That the Court's January 31, 2020 Order is hereby vacated;

(3) That the Court has considered (1) the relationship between the adjudicated and unadjudicated claims; (2) the possibility that the need for review might or might not be mooted by future developments in the district court; (3) the possibility that the reviewing court might be obliged to consider the same issue a second time; (4) the presence or absence of a claim or counterclaim which could result in a set-off against the judgment sought to be made final; and (5) miscellaneous factors such as delay, economic and solvency considerations, shortening the time of trial, frivolity of competing claims, expense, and the like;

0118177;1

(4) That the Court finds and holds:

   a. The dismissed claims against the Correct Care defendants are separable from the others remaining to be adjudicated;
   b. The need to review the Correct Care defendants' dismissal will remain constant regardless of future developments in this Court;
   c. The review of the Correct Care defendants' dismissal will not require review a second time;
   d. The continued litigation of this controversy without a final definitive ruling from the Fourth Circuit as to the Correct Care defendants will result in the unnecessary delay of the final determination of this issue;
   e. The continued litigation of this controversy without a final definitive ruling from the Fourth Circuit as to the Correct Care defendants may result in great expense and re-litigation of common issues.

(5) That, in accordance with those findings, this Court finds there is no just reason for delay in certifying the August 1, 2018, Order and Memorandum of Law in support thereof, and the April 9, 2019, Order, as final judgments pursuant to Fed. R. Civ. P. 54(b);

(6) That the August 1, 2018, Order and Memorandum of Law in support thereof, and the April 9, 2019, Order, be certified as final judgment pursuant to Fed. R. Civ. P. 54(b); and

(7) The Scheduling Order be stayed pending resolution of this Motion and, if granted, any appeal that follows.

*[signature]*, USMJ.
Honorable A. David Copperthite, Judge
United States District Court for
the District of Maryland

0118177;1